JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 887 -- In re Steel Drums Antitrust Litigation

| Date | No. | Pleading Description |
|---|---|---|
| 91/04/16 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS (A-1 - A-8) -- Filed by pltfs. Allegheny Petroleum, Products, Co.; Mador Company, Inc., d/b/a/ Alpha Mador Supply, Inc.; Bullen Midwest, Inc.; Big D. Building Supply Corp.; CWC Industries, Inc.; Concord Chemical Co., Inc.; Darmex Industrial Corp. and FBC Chemical Corp. -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF OHIO -- SUGGESTED TRANSFEREE JUDGE: HON. CARL B. RUBIN -- w/Exhibits 1 - 11 and cert. of svc. (received 4/12/91) (rh) |
| 91/04/16 | 2 | RESPONSE -- Filed by Defts. Container Products, Inc.; Irving A. Rubin; Robert Bonczyk; Robert Beaudrie; Johan Bruil; James P. Heffernan; Astro Containers, Inc.; Calig Steel Drum; Eliot Calig; Lee Calig; Columbus Steel Drum Co.; Sidney I. Blatt; Midwest Steel Drum Manufacturer's Association; North Coast Container Corp.; Randall Reed; Ernest C. Beardsley; Berenfield Containers, Inc.; Van Leer Containers, Inc. -- (file accordance to Rule 10 (h)) w/Exhibits A - L and cert. of svc. (rh) |
| 91/04/29 | | APPEARANCES -- WARREN RUBIN, ESQ. for Mador Co., Inc. d/b/a Alpha Mador Supply Inc.; VANCE K. OPPERMAN, ESQ. for CWC Industries, Inc; RICHARD D. GREENFIELD, ESQ. for Big D Building Supply Corp.; SAMUEL R. SIMON, ESQ. for Concord Chemical Co., Inc.; FRANCIS C. RAPP, JR., ESQ. for FBC Chemical Corp.; ROBERT N. DE LUCA, ESQ. for Darmex Industrial Corp.; THOMAS L. ALLEN, ESQ. for Calig Steel Drum Co.; Lee H. Calig and Eliott Calig; DONALD S. SCHERZER, ESQ. for Earnest C. Beardsley; Randall D. Reed and North Coast Container Corp.; GERALD A. CONNELL, ESQ. for Columbus Steel Drum; Franklin Steel Drum; Sidney I. Blatt and Midwest Steel Drum Manufactures Association; WILLIAM L. PATTON, ESQ. for Van Leer Containers, Inc. and Johan Bruil; DAVID R. MELINCOFF, ESQ. for Berenfield Containers, Inc.; GARY L. STARKMAN, ESQ. for Astro Containers, Inc. (rh) |
| 91/04/30 | | APPEARANCES -- DIANNE M. NAST, ESQ. for Bullen Midwest, Inc.; WILLIAM A. VON HOENE, JR., ESQ. for Container Products, Inc.; Irving A. Rubin; Robert Beaudrie and Robert Boncyzk (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 887 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 91/05/03 | 3 | RESPONSE -- (to pldg. #1) Filed by plaintiffs PMC, Inc. -- w/cert. of svc. (sg) |
| 91/05/03 | 4 | RESPONSE -- (to pldg. #1) Filed by plaintiffs General Polymers Corporation -- w/cert. of svc. (sg) |
| 91/05/06 | 5 | RESPONSE -- Filed by plaintiffs CWC Industries, Inc. -- w/cert. of svc. (sg) |
| 91/06/14 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on July 26, 1991 in Portland Maine (sg) |
| 91/07/05 | 6 | SUPPLEMENT RESPONSE -- filed by LETTER -- filed by defts. Container Products, Inc., Astro Containers, Inc., Calig Steel Drum, Columbus Steel Drum Co., Midwest Steel Drum Manufacturer's Association, North Coast Container Corp., Berenfield Containers, Inc. and Van Leer Containers, Inc. w/cert. of svc. (ds) |
| 91/07/05 | 7 | LETTER -- filed by defts. Robert Beaudrie, Robert Bonczyk, Container Products, Inc. and Irving A. Rubin (**supplementing pldg. #6 and limiting the arguments to address new matters only**) w/cert. of svc. (ds) |
| 91/07/26 | | HEARING APPEARANCES (hearing on 7/26/91 in Portland, Maine) -- VANCE K. OPPERMAN, ESQ. for Allegheny Petroleum Products Co., Bullen Midwest, Inc., CWC Industries, Inc., Darmex Industrial Corp., FBC Chemical Corp., Modor Company, Inc. and PMC, Inc.; DAVID A. MARTLAND, ESQ. or WILLIAM PATTON, ESQ. for Columbus Steel Drum Co., Franklin Steel Co., Sidney I. Blatt, Midwest Steel Drum Manufactureres Association, Astro Containers, Inc., Berenfield Containers, Inc., Calig Steel Drum Co., Elliott Calig, Lee H. Calig, Van Leer Containers, Inc. and North Coast Container Corp. (ds) |
| 91/07/26 | | WAIVERS OF ORAL ARGUMENT (hearing on 7/26/91 in Portland Maine) -- Concord Chemical Co., Inc. (ds) |
| 91/08/13 | | CONSENT OF TRANSFEREE DISTRICT -- consenting to the assignment of litigation to Judge Carl B. Rubin for coordinated or consolidated pretrial proceedings. |
| 91/08/13 | | TRANSFER ORDER -- transferring A-3 thru A-8 to the S.D. Ohio for pretrial proceedings -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML FORM 1A

p. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 887 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/05/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- (re: B-11 Inolex Chemical Co., etc. v. Astro Containers, Inc., et al., E.D. Pennsylvania, C.A. No. 91-CV-2598) -- Notified involved counsel and judges (bas) |
| 92/05/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-11) Inolex Chemical Company, etc. v. Astro Containers, Inc., et al., E.D. Pennsylvania, C.A. No. 91-CV-2598 -- Notified involved clerks and judges (kac) |

JPML Form 1

Revised: 8/78

DOCKET NO. 887 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Steel Drums Antitrust Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| July 26, 1991 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Aug. 13, 1991 | T.O. | Unpublished | S.D. Ohio | Carl B. Rubin | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 887 -- In re Steel Drums Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Allegheny Petroleum Products, Co. v. Astro Containers, Inc., et al. | Ohio,S. Rubin | C-1-91-208 | | | | |
| A-2 | Mador Company, Inc., d/b/a Alpha Mador Supply, Inc. v. Astro Containers, Inc., et al. | Ohio,S. Rubin | C-1-91-221 | | | | |
| A-3 | CWC Industries, Inc. v. Berenfield Containers, et al. | Ohio,N. Battisti | 1:91-CV-0463 | 8/13/91 | C-91-560 | | |
| A-4 | Bullen Midwest, Inc. v. Astro Containers, Inc., et al. | Pa.,E. Van Antwerpen | 91-1489 | 8/13/91 | C-91-561 | | |
| A-5 | Big D. Building Supply Corp. v. Astro Containers, Inc., et al. | Pa.,E. Van Antwerpen | 91-1554 | 8/13/91 | C-91-562 | | |
| A-6 | Concord Chemical Company, Inc. v. Astro Containers, Inc., et al. | Pa.,E. Van Antwerpen | 91-CV-1988 | 8/13/91 | C-91-563 | | |
| A-7 | FBC Chemical Corp. v. Johan Bruil, et al. | Pa.,W. Bloch | 91-0475 | 8/13/91 | C-91-564 | | |
| A-8 | Darmex Industrial Corp. v. Johan Bruil, et al. | Pa.,W. Bloch | 91-0476 | 8/13/91 | C-91-565 | | |

DOCKET NO. 887 -- In re Steel Drums Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-9 | Lebermuth Co., Inc., etc. v. Van Leer Containers, Inc., et al. | Ohio, S. Rubin | ~~91-388~~ C-1-91-383 | | | | |
| XYZ-10 | PMC, Inc. v. Astro Containers, Inc., et al. | Ohio, S. Rubin | C-91-251 | | | | |
| B-11 | Inolex Chemical Company, etc. v. Astro Containers, Inc., et al. **5-1-92** | Pa., E Van Antwerpen | 91-CV-2598 | 5/18/92 | | | |
| XYZ-12 | General Polymers v. Astro Containers, et al. | Ohio, S. | C-1-91-250 | | | | |
| XYZ-~~13~~ | Pioneer Oil Co. v. Astro Containers, et al. | Ohio, S. | C-1-91-425 | | | | |

*July 1992 - 7 Tr / 6 XYZ / 13 Pending*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| B-14 | Hilton Davis Chemical Co., Inc. v. Genral Steel Drum Corporation *opposed 3-11-93  2-24-93* | NC., E Britt | 93-84CIV5BR | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 887 -- In re Steel Drums Antitrust Litigation

===================================================================

ALLEGHENY PETROLEUM PRODUCTS, CO. (A-1)
Craig E. Frischman, Esq.
Thorp, Reed & Armstrong
One Riverfront Center
Pittsburgh, PA  15222

MADOR COMPANY, INC. D/B/A ALPHA MADOR SUPPLY INC. (A-2)
Warren Rubin, Esq.
Goss & Metzger P.C.
1500 Walnut St., Suite 600
Philadelphia, PA  19102

CWC INDUSTRIES, INC. (A-3)
Vance K. Opperman, Esq.
Opperman Heins & Paquin
2200 Washington Square
100 Washington Ave. South
Minneapolis, MN  55401

BULLEN MIDWEST, INC. (A-4)
Dianne M. Nast, Esq.
Kohn Savett Klein & Graf P.C.
2400 One Reading Center
1101 Market St.,
Philadelphia, PA  19107

BIG D BULDING SUPPLY CORP. (A-5)
Richard D. Greenfield, Esq.
Greenfield & Chimicles
One Haverford Center
361 West Lancaster Ave.
P.O. Box 100
Haverford, PA  19041-0100

CONCORD CHEMICAL CO., INC. (A-6)
Samuel R. Simon, Esq.
Barrack, Rodos & Bacine
1845 Walnut St., Suite 2100
Philadelphia, PA  19103

FBC CHEMICAL CORP. (A-7)
Francis C. Rapp, Jr., Esq.
Feldstein Grinberg Stein
  & McKee
428 Boulevard of the Allies
Pittsburgh, PA  15219

DARMEX INDUSTRIAL CORP. (A-8)
J. Dennis Faucher, Esq.
Saul, Ewing, Remik & Saul
3800 Centre Square West, 38th Floor
Philadelphia, PA  19102

BERENFIELD CONTAINERS, INC.
David R. Melincoff, Esq.
O'Connor & Hannan
1919 Pennsylvania Ave., N.W.
Suite 800
Washington, D.C.  20006

JOHAN BRUIL
VAN LEER CONTAINERS, INC.
William L. Patton, Esq.
Ropes & Gray
One International Place
Boston, MA  02110

ASTRO CONTAINERS, INC.
Gary Starkman, Esq.
Avery, Hodes, Costello & Berman
180 North LaSalle St., Suite 3800
Chicago, IL  60601

JPML Form 4 -- Continuation

Panel Attorney Service List -- p.2

DOCKET NO. 887 -- In re Steel Drums Antitrust Litigation

===================================================================

ELIOTT CALIG
LEE H. CALIG
CALIG STEEL DRUM CO.
Thomas L. Allen, Esq.
Reed Smith Shaw & McClay
Mellon Square
P.O. Box 2009
Pittsburgh, PA   15230-2009


EARNEST C. BEARDSLEY
RANDALL D. REED
NORTH COAST CONTAINER CORP.
Donald S. Scherzer, Esq.
Kohrman Jackson & Krantz
One Cleveland Center, 20th Floor
Cleveland, OH   44114


SIDNEY I. BLATT
COLUMBUS STEEL DRUM
FRANKLIN STEEL DRUM
MIDWEST STEEL DRUM MANUFACTURERS
  ASSOCIATION
Gerald A. Connell, Esq.
Baker & Hostetler
Washington Square
1050 Connecticut Ave., N.W.
Suite 1100
Washington, D.C.   20036


JAMES P. HEFFERNAN   (No App. Rec'd)


ROBERT BEAUDRIE
ROBERT BONCZYK
CONTAINER PRODUCTS, INC.
IRVING A. RUBIN
William A. Von Hoene, Jr., Esq.
Jenner & Block
One IBM Plaza
Chicago, IL   60611

PMC, INC.
Lynn Lincoln Sarko, Esq.
Keller Rohback
1201 Third Avenue
Suite 3200
Seattle, Washington   98101

INOLEX CHEMICAL COMPANY (B-11)
Roberta D. Liebenberg, Esq.
 Majer, Liebenberg &
   White
 2 Penn Center Plaza
 Philadelphia, PA 19102

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 887 -- In re Steel Drums Antitrust Litigation

===============================================================================

HILTON DAVIS CHEMICAL CO., INC.
(A-9)
Juli E. Farris, Esq.
Keller Rohrback
1201 Third Avenue, Suite 3200
Seattle, WA 98101    [handwritten: NOT LISTED]

Donald R. Stickland, Esq.
Blanchard, Twiggs, Abrams &
Stickland
150 Fayeetteville Street Mall
P.O. Drawer 30
Raleigh, NC 27601

Louis F. Gilligan, Esq.
Richard L. Creighton, Esq.
Keating Muething & Klekamp
1800 Provident Tower
One East 4th Street
Cincinnati, OH 45202

Dianne M. Nast, Esq.
Kohn, Nast & Graf, P.C.
2400 One Reading Center
1101 Market Street
Philadelphia, PA 19107    [handwritten: SAME AS A-4]

Vance K. Opperman, Esq.
Opperman, Heins & Paquin
2200 Washington Square
100 Washington Avenue South
Minneapolis, MN 55401    [handwritten: SAME AS A-3]

GENERAL STEEL DRUM CORPORATION
(DEFT. A-9)
(Unable to determine counsel or
address)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 887 -- In re Steel Drums Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Astro Containers, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-11 |
| Berenfield Containers, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-11 |
| Calig Steel Drum Company | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-11 |
| Columbus Steel Drum Company | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-11 |
| Container Products, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-11 |
| Midwest Steel Drum Manufacturer's Association | A-1, A-2, A-3, A-4, A-5, A-6, B-11 |
| North Coast Containers Corp. | A-1, A-2, A-3, A-6, A-7, A-8, B-11 |
| Van Leer Containers, Inc. | A-1, A-2, A-3, A-6, A-7, A-8, B-9, B-11 |
| Johan Bruil | A-7, A-8 |
| Irving A. Rubin | A-7, A-8 |
| Robert Bonczyk | A-7, A-8 |

p. 2

| | |
|---|---|
| Robert Beaudrie | A-7, A-8 |
| James P. Heffernan | A-7, A-8 |
| Sidney Blatt | A-7, A-8 |
| Ernest Beardsley | A-7, A-8 |
| Randall Reed | A-7, A-8 |
| Lee Calig | A-7, A-8 |
| Eliott Calig | A-7, A-8 |
| Hilton Davis Chemical Co., Inc. | A-9 |
| General Steel Drum Corp. | A-9 B-14 |
| | |
| | |